# INVOICE

**FROM:**

Integrity Appraisal & Consulting Inc
5290 S Umatilla Ave
Boise, ID 83709-6149

Telephone Number: (208) 859-4405   Fax Number: (208) 350-6156

**TO:**

Ms. Beth Coonts, Attorney for Trustee Noah G. Hillen
Hawley Troxell Ennis & Hawley LLP
PO Box 1617
Boise, Idaho 83701-1617
E-Mail: bcoonts@hawleytroxell.com
Telephone Number: 208-344-6000
Fax Number:
Alternate Number:

| INVOICE NUMBER | |
|---|---|
| IAR-171084 | |
| **DATES** | |
| Invoice Date: | 3/10/2017 |
| Due Date: | 4/10/2017 |
| **REFERENCE** | |
| Internal Order #: | IAR-171084 |
| Lender Case #: | |
| Client File #: | 16-01489-TLM |
| FHA/VA Case #: | |
| Main File # on form: | IAR-171084 |
| Other File # on form: | |
| Federal Tax ID: | 20-4378917 |
| Employer ID: | |

## DESCRIPTION

| | | | |
|---|---|---|---|
| Lender: | NA | Client: | Beth Coonts, Attorney for Trustee Noah Hillen |
| Purchaser/Borrower: | NA | | |
| Property Address: | 222 Norheim Lane | | |
| City: | McCall | | |
| County: | Valley | State: ID | Zip: 83638 |
| Legal Description: | TAX #12 IN GOV'T LOTS 2 & 3 S31 T18N R3E | | |

| FEES | AMOUNT |
|---|---|
| Completion of appraisal in Donnelly, Idaho | 950.00 |
| SUBTOTAL | 950.00 |

| PAYMENTS | AMOUNT |
|---|---|
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| Check #:   Date:   Description: | |
| SUBTOTAL | 0.00 |
| **TOTAL DUE** | **$ 950.00** |