UNITED STATES BANKRUPTCY COURT
DISTRICT OF IDAHO

In re: MIKKELSEN, ERIC ALAN  §  Case No. 16-01489-TLM
MIKKELSEN, AMANDA LYNN  §
§
§
Debtor(s)

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

Noah G. Hillen, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: | $191,004.67 | Assets Exempt: | $160,306.36 |
| *(without deducting any secured claims)* | | | |
| Total Distributions to Claimants: | $96,584.97 | Claims Discharged Without Payment: | $92,084.96 |
| Total Expenses of Administration: | $28,192.35 | | |

3) Total gross receipts of $125,994.91 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $1,217.59 (see **Exhibit 2**), yielded net receipts of $124,777.32 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR ( 10 /1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $174,930.00 | $156,924.47 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | $0.00 | $28,192.35 | $28,192.35 | $28,192.35 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | $0.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | $0.00 | $0.00 | $0.00 | $0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | $211,469.96 | $95,185.63 | $96,584.97 | $96,584.97 |
| **TOTAL DISBURSEMENTS** | $386,399.96 | $280,302.45 | $124,777.32 | $124,777.32 |

4) This case was originally filed under chapter 7 on 11/18/2016.  The case was pending for 28 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  03/20/2019            By: /s/ Noah G. Hillen
                                    Trustee

**STATEMENT** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR ( 10 /1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Savings: Mountain America Credit Union | 1129-000 | $1.25 |
| 2016 Tax Refunds | 1224-000 | $1,106.84 |
| 2007 Kioti Tractor w/ Snowblower | 1229-000 | $10,065.00 |
| Preferential Transfer - Traci Uhlberg | 1241-000 | $6,889.08 |
| Kioti Backhoe Attachment | 1229-000 | $1,617.00 |
| Settlement With Debtor Regarding Assets 20,28,35,36, & 37 | 1249-000 | $25,000.00 |
| Checing: Idaho First | 1129-000 | $315.74 |
| Fraudulent Conveyance of 50% Interest in 222 Norheim - Alan Mikkelsen | 1241-000 | $81,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$125,994.91** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Eric and Amanda Mikkelsen | Debtors' exemption in the Kioti Tractor | 8100-002 | $266.00 |
| MIKKELSEN, ERIC ALAN and MIKKELSEN, AMANDA LYNN | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. SURPLUS 100.00% $951.59 | 8200-002 | $951.59 |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$1,217.59** |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 3 - SECURED CLAIMS**

| Claim NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | Celtic Bank | 4210-000 | $150,000.00 | $156,924.47 | $0.00 | $0.00 |
| N/F | Mountain America Credit Union | 4110-000 | $5,952.00 | NA | NA | NA |
| N/F | Mountain America Cu | 4110-000 | $8,751.00 | NA | NA | NA |
| N/F | Mountain America Cu | 4110-000 | $3,247.00 | NA | NA | NA |
| N/F | Mountain America Cu | 4110-000 | $6,980.00 | NA | NA | NA |
|  | **TOTAL SECURED** |  | **$174,930.00** | **$156,924.47** | **$0.00** | **$0.00** |

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Trustee, Fees - Noah G. Hillen | 2100-000 | NA | $7,812.20 | $7,812.20 | $7,812.20 |
| Trustee, Expenses - Noah G. Hillen | 2200-000 | NA | $244.04 | $244.04 | $244.04 |
| Auctioneer Fees - Corbett Auctions & Appraisals, Inc. | 3610-000 | NA | $2,124.00 | $2,124.00 | $2,124.00 |
| Auctioneer Expenses - Corbett Auctions & Appraisals, Inc. | 3620-000 | NA | $705.00 | $705.00 | $705.00 |
| Banking and Technology Service Fee - Rabobank, N.A. | 2600-000 | NA | $1,012.87 | $1,012.87 | $1,012.87 |
| Attorney for Trustee Fees (Other Firm) - Brent Wilson | 3210-000 | NA | $14,915.50 | $14,915.50 | $14,915.50 |
| Attorney for Trustee Expenses (Other Firm) - Brent Wilson | 3220-000 | NA | $428.74 | $428.74 | $428.74 |
| Appraiser for Trustee Fees - Jody L. Bolopue | 3711-000 | NA | $950.00 | $950.00 | $950.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** |  | **NA** | **$28,192.35** | **$28,192.35** | **$28,192.35** |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |

UST Form 101-7-TDR ( 10 /1/2010)

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank Discover Products Inc | 7100-000 | $15,230.00 | $16,452.33 | $16,452.33 | $16,452.33 |
| 1I | Discover Bank Discover Products Inc | 7990-000 | NA | NA | $265.86 | $265.86 |
| 2 | Discover Bank Discover Products Inc | 7100-000 | $17,146.00 | $18,537.19 | $18,537.19 | $18,537.19 |
| 2I | Discover Bank Discover Products Inc | 7990-000 | NA | NA | $299.55 | $299.55 |
| 3-3 | UHEAA | 7100-000 | $12,009.00 | $8,589.30 | $8,589.30 | $8,589.30 |
| 5 | American InfoSource LP as agent forVerizon | 7100-000 | NA | $106.72 | $106.72 | $106.72 |
| 5I | United States Bankruptcy Court - American InfoSource LP as agent forVerizon | 7990-001 | NA | NA | $1.72 | $1.72 |
| 6 | Umpqua BankAttn: Lisa Jones | 7100-000 | $75,000.00 | $26,952.68 | $26,952.68 | $26,952.68 |
| 6I | Umpqua BankAttn: Lisa Jones | 7990-000 | NA | NA | $435.54 | $435.54 |
| 7-2 | Rebecca Kuhnel | 7100-000 | NA | $24,547.41 | $24,547.41 | $24,547.41 |
| 7-2I | Rebecca Kuhnel | 7990-000 | NA | NA | $396.67 | $396.67 |
| N/F | Bk Of Amer | 7100-000 | $11,500.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $15,000.00 | NA | NA | NA |
| N/F | Chase Card | 7100-000 | $5,000.00 | NA | NA | NA |
| N/F | Matthew and Traci Uhlberg | 7100-000 | $45,544.96 | NA | NA | NA |
| N/F | Mountain America Credit Unio | 7100-000 | $5,952.00 | NA | NA | NA |

**UST Form 101-7-TDR ( 10 /1/2010)**

| | | | | | | |
|---|---|---|---|---|---|---|
| N/F | Us Bank | 7100-000 | $9,088.00 | NA | NA | NA |
| | **TOTAL GENERAL UNSECURED CLAIMS** | | **$211,469.96** | **$95,185.63** | **$96,584.97** | **$96,584.97** |

**UST Form 101-7-TDR ( 10 /1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 1

**Case No.:** 16-01489-TLM
**Case Name:** MIKKELSEN, ERIC ALAN
MIKKELSEN, AMANDA LYNN
**For Period Ending:** 03/20/2019

**Trustee Name:** (320140) Noah G. Hillen
**Date Filed (f) or Converted (c):** 11/18/2016 (f)
**§ 341(a) Meeting Date:** 12/22/2016
**Claims Bar Date:** 04/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | 41 Mangum Cir #1, Donnelly, ID 83615 Condominium or cooperative, Residence: Townhouse. Entire property value: $84,401.00<br>Per amended Sch A - Doc #36 | 84,000.00 | 0.00 | | 0.00 | FA |
| 2 | 222 Norheim Lane, McCall, ID 83638-0000, Valley County Land, land with some improvements. Entire property value: $78,000.00<br>Order disallowing claim of exemption - #34 Amended Schedule Doc 65 from $78,000 to $25,000. Trustee investigating avoidance action/lien issue. Compromise approved regarding administration of this asset. | 25,000.00 | 0.00 | | 0.00 | FA |
| 3 | 2002 Chevy Suburban, 156000 miles. Entire property value: $5,500.00 | 5,500.00 | 0.00 | | 0.00 | FA |
| 4 | 1999 Subaru Legacy, 195000 miles. Entire property value: $934.00 | 934.00 | 0.00 | | 0.00 | FA |
| 5 | 1956 Ford F-100, 137000 miles, inoperable. Entire property value: $9,000.00 | 9,000.00 | 0.00 | | 0.00 | FA |
| 6 | 1982 Subaru GL, 151000 miles. Entire property value: $400.00 | 400.00 | 0.00 | | 0.00 | FA |
| 7 | household goods<br>Kitchen: dishes, small appliances, glassware, utensils, refridgerator, plasticware, bakeware, misc decor, Living Room: two couches and misc decor Bedroom: bed, armoire, and dresser, Childrens rooms: six beds, crib, toys, and mattresses, Bathrooms: Linens and personal care items | 1,400.00 | 0.00 | | 0.00 | FA |
| 8 | Electronics<br>Electronics: TV, Cell phones, Television, VCR, Television | 252.50 | 0.00 | | 0.00 | FA |
| 9 | Sports-Hobby: sporting goods | 800.00 | 0.00 | | 0.00 | FA |
| 10 | Marlin gun | 700.00 | 0.00 | | 0.00 | FA |
| 11 | Handgun .380 | 200.00 | 0.00 | | 0.00 | FA |
| 12 | Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 13 | wedding rings ; costume jewelry | 900.00 | 0.00 | | 0.00 | FA |
| 14 | cat | 5.00 | 0.00 | | 0.00 | FA |
| 15 | Cash<br>Exempted per amended sch C - Doc #86. | 40.00 | 0.00 | | 0.00 | FA |
| 16 | Checking: Umpqua | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Checking: US Bank | 0.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1

## Individual Estate Property Record and Report

## Asset Cases

Exhibit 8

Page: 2

Case No.: 16-01489-TLM

Case Name: MIKKELSEN, ERIC ALAN
MIKKELSEN, AMANDA LYNN

For Period Ending: 03/20/2019

Trustee Name: (320140) Noah G. Hillen

Date Filed (f) or Converted (c): 11/18/2016 (f)

§ 341(a) Meeting Date: 12/22/2016

Claims Bar Date: 04/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 18 | Savings: US Bank | 0.00 | 0.00 | | 0.00 | FA |
| 19 | Savings: Mountain America Credit Union<br>Per amended Sch B/C - Doc #86 | 5.00 | 1.25 | | 1.25 | FA |
| 20 | Checing: Idaho First<br>Checking: Idaho First - Amended Schedule (Doc 65) Objected to claim of exemption, which was resolved by Motion to Approve Compromise. See Dkt. No. 72. Compromise approved per Docket No. 77. Offsets of prorata refunds and exemption in Kioti Tractor applied to balance. Remaining funds owed estate from this asset included in settlement. See Asset #39. | 4,337.10 | 2,168.55 | | 315.74 | FA |
| 21 | Checking: Mountain America | 30.13 | 0.00 | | 0.00 | FA |
| 22 | T Rowe Price Intermountain Healthcare Savings plus 401(k) Plan<br>8-10-17 Amended Sch A/B, C: From "401K Trowe Price" to "T Rowe Price Intermountain Healthcare Savings plus 401(k) Plan" 100% exemption | 48,088.26 | 0.00 | | 0.00 | FA |
| 23 | Support of $231 per month: Child Support | 0.00 | 0.00 | | 0.00 | FA |
| 24 | Int. in Ins. policies: Insurance: Life Insurance, no cash value | 0.00 | 0.00 | | 0.00 | FA |
| 25 | Central Idaho Counseling LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 26 | Norheim Enterprises LLC, 100% ownership | 0.00 | 0.00 | | 0.00 | FA |
| 27 | 2007 Kioti Tractor w/ Snowblower (u)<br>Tractor with snow blower.<br>Per amended schedule B/C - #36 | 9,000.00 | 6,299.00 | | 10,065.00 | FA |
| 28 | balance of funds held in trust by Erekson law Office as retainer for family law legal proceedings. $8,000 paid 10/19/2016 of which $2,663.06 was from earnings and $2,000 on 8/10/16 from earnings (u)<br>Originally $10,000 in trust account. $7,822.25 not applied to legal fees as of Petition Date.<br>8-10-17 Amended Sch A/B, C - Doc #86: balance of funds held in trust by Erekson law Office as retainer for family law legal proceedings. $8,000 paid 10/19/2016 of which $2,663.06 was from earnings and $2,000 on 8/10/16 from earnings.<br>Funds due estate from this asset included in compromise with Debtor. See Asset #39. | 7,822.25 | 4,324.95 | | 0.00 | FA |
| 29 | 1986 Suzuki 700CC (u)<br>Per amended Sch B/C - #36<br>Costs of sale outweigh benefit of selling asset at auction. | 200.00 | 0.00 | | 0.00 | FA |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8

Page: 3

Case No.: 16-01489-TLM
Case Name: MIKKELSEN, ERIC ALAN
MIKKELSEN, AMANDA LYNN

For Period Ending: 03/20/2019

Trustee Name: (320140) Noah G. Hillen
Date Filed (f) or Converted (c): 11/18/2016 (f)
§ 341(a) Meeting Date: 12/22/2016
Claims Bar Date: 04/06/2017

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By<br>Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property Formally<br>Abandoned<br>OA=§554(a)<br>abandon. | 5<br>Sale/Funds<br>Received by the<br>Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 30 | 4' wide trailer  (u)<br>Per amended Sch B/C - #36<br>Costs of sale outweigh benefit of selling asset at auction. | 200.00 | 100.00 | | 0.00 | FA |
| 31 | Kioti Backhoe Attachment (u) | 0.00 | 806.00 | | 1,617.00 | FA |
| 32 | plywood rowboat (u)<br>8-10-17 Amended Sch A/B, C - Doc #86: asset added; no exemption | 300.00 | 0.00 | | 0.00 | FA |
| 33 | .50 cal muzzle loader (u)<br>8-10-17 Amended Sch A/B, C - Doc #86: added asset; exemptions $750 + $150 | 900.00 | 0.00 | | 0.00 | FA |
| 34 | VOID (u) | VOID | VOID | VOID | VOID | VOID |
| 35 | Google Wallet Account (u)<br>Per amended Sch B/C - Doc #86<br>Contains rental proceeds from Logan, Utah property sold prepetition.<br>See Asset #39. | 3,832.53 | 3,832.52 | | 0.00 | FA |
| 36 | Fraudulent Conveyance Claim - Norheim, Inc. (u)<br>Prepetition funds transferred to Norheim, Inc. (Debtor's closely held corporation).<br>See Asset #39. | Unknown | 8,952.64 | | 0.00 | FA |
| 37 | Fraudulent Conveyance - Alan Mikkelson (u)<br>Prepetition funds transferred to Debtor's father.<br>See Asset #39. | Unknown | 2,938.00 | | 0.00 | FA |
| 38 | Preferential Transfer - Traci Uhlberg (u)<br>Payments made to Debtor's sister one year prior to bankruptcy filing for undisclosed unsecured loan.  Loan originally used to purchase McCall, Idaho property. | Unknown | 6,898.08 | | 6,889.08 | FA |
| 39 | Settlement With Debtor Regarding Assets 20,28,35,36, & 37 (u)<br>Settlement With Debtor Regarding Assets 20,28,35,36, & 37.  Executed Stipulation for Settlement with Debtor on 9/21/17.  Compromise motion filed after payment of entire $25,000 to estate.  Order granting compromise, Doc. #96. | 0.00 | 25,000.00 | | 25,000.00 | FA |
| 40 | Mikkelsen Enterprises, LLC - 100% owner (u)<br>Per amended Sch B/C - Doc #86 | 0.00 | 0.00 | | 0.00 | FA |
| 41 | Fraudulent Conveyance of 50% Interest in 222 Norheim - Alan Mikkelson (u)<br>Debtor deeded 50% interest in 222 Norheim Lane to parents prior to bankruptcy.  Compromise motion for $81,000 to settle claim filed as Doc #99.<br> Order approving compromise, Doc #108. | Unknown | 0.00 | | 81,000.00 | FA |
| 42 | 2016 Tax Refunds (u)<br>10-30-17 - Received state refund.  Requested copies of 2016 tax returns. | Unknown | 1,106.84 | | 1,106.84 | FA |
| 42 | **Assets Totals (Excluding unknown values)** | **$204,346.77** | **$62,427.83** | | **$125,994.91** | **$0.00** |

UST Form 101-7-TDR ( 10 /1/2010)

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Exhibit 8
Page: 4

| | |
|---|---|
| **Case No.:** 16-01489-TLM | **Trustee Name:** (320140) Noah G. Hillen |
| **Case Name:** MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | **Date Filed (f) or Converted (c):** 11/18/2016 (f)<br>**§ 341(a) Meeting Date:** 12/22/2016 |
| **For Period Ending:** 03/20/2019 | **Claims Bar Date:** 04/06/2017 |

**Major Activities Affecting Case Closing:**

12-31-18 - Randy French retired - substitute to pro se.
10-22-18 - Objected to UHEAA proof of claim after obtaining claim balance from Debtor.
10-8-18 - Rebecca Kuhnel amended proof of claim. Requested update on amount owing on UHEAA Proof of Claim. To TFR after obtaining current balance owed, as Debtor has been paying down this debt during the bankruptcy case. Assets fully administered.
10-3-18 - Order granting application for compensation of Trustee's attorney
9-7-18 - Application for compensation for attorney filed
8-31-18 - Order granting compromise.
6-12-18 - Received remaining settlement funds. To file compromise and submit TFR.
4-9-18 - Remaining funds due by July 1, 2018 from Debtors and parents.
1-10-18 - T/C with Randy French, counsel for Debtors' and Debtor's parents. Reached settlement agreement that would result in 100% payment of unsecured claims. Still discussing payment terms of settlement.
12-20-17 - Received counter-settlement offer from Debtor and his parents.
10-17-17 - Special Counsel to prepare $125,000 settlement offer to parents regarding avoidance of transfer of property. Special Counsel to prepare Adversary Complaint revoking discharge.
9-25-17 - Debtor to pay estate $25,000 by March 1, 2018 to settle following claims/demand:
(1) Funds held in Erekson Law Trust Account; (2) Non-exempt bank account and cash on hand funds; (3) funds in Google Wallet account; (4) 548 claim against Norheim, Inc.; (5) 548 claim against Alan Mikkelsen.
8-11-17 - Attended 2004 exam of Debtor.
4-24-17 - Filed 2016 Tax Extension
4-6-17 - Received auction sale proceeds.
3-1-17: Debtor has a consultation appt w/ BK attorney in Boise on Friday, March 10.
1-9-17 - By end of week, Debtor to respond to: (1) objection to homestead exemption; (2) request for turnover of trust accounts funds; and (3) request for turnover of tractor.

**Initial Projected Date Of Final Report (TFR):** 05/31/2018      **Current Projected Date Of Final Report (TFR):** 10/24/2018 (Actual)

UST Form 101-7-TDR ( 10 /1/2010)

Form 2

Exhibit 9
Page: 1

## Cash Receipts And Disbursements Record

| Case No.: | 16-01489-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5832 | Account #: | ******5000 Checking |
| For Period Ending: | 03/20/2019 | Blanket Bond (per case limit): | $78,753,461.00 |
| | | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 04/07/17 | | Corbett Auctions and Appraisals, | Sale proceeds on tractor. | | 7,630.00 | | 7,630.00 |
| | {27} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of Kioti Tractor at auction<br><br>$8,745.00 | 1229-000 | | | 7,630.00 |
| | {27} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale of Snowblower attachment at auction<br><br>$1,320.00 | 1229-000 | | | 7,630.00 |
| | {20} | Eric and Amanda Mikkelsen | Non-exempt bank account funds offset from Debtors' exemption in tractor<br><br>$266.00 | 1129-000 | | | 7,630.00 |
| | | Corbett Auctions & Appraisals, Inc. | auctioneers fees<br><br>-$1,830.00 | 3610-000 | | | 7,630.00 |
| | | Corbett Auctions & Appraisals, Inc. | auctioneers expenses<br><br>-$605.00 | 3620-000 | | | 7,630.00 |
| | | Eric and Amanda Mikkelsen | Debtors' exemption in the Kioti Tractor<br><br>-$266.00 | 8100-002 | | | 7,630.00 |
| 04/28/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,620.00 |
| 05/04/17 | 101 | Jody L. Bolopue | Appraiser for Trustee fees - Order #61 | 3711-000 | | 950.00 | 6,670.00 |
| 05/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 11.09 | 6,658.91 |
| 06/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 6,648.91 |
| 07/26/17 | | Corbett Auctions & Appraisals, Inc. | Kioti tractor backhoe attachment sale proceeds | | 1,223.00 | | 7,871.91 |
| | {31} | Corbett Auctions & Appraisals, Inc. | Gross proceeds from sale at auction<br><br>$1,617.00 | 1229-000 | | | 7,871.91 |
| | | Corbett Auctions & Appraisals, Inc. | Auctioneer's fees<br><br>-$294.00 | 3610-000 | | | 7,871.91 |
| | | Corbett Auctions & Appraisals, Inc. | Auctioneer's expenses<br><br>-$100.00 | 3620-000 | | | 7,871.91 |
| 07/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 10.00 | 7,861.91 |
| 08/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 12.43 | 7,849.48 |
| 09/05/17 | {38} | Traci Ulberg | Preferential Transfer to Traci Ulberg | 1241-000 | 6,889.08 | | 14,738.56 |
| | | | Page Subtotals: | | $15,742.08 | $1,003.52 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

Form 2

Exhibit 9
Page: 2

## Cash Receipts And Disbursements Record

| Case No.: | 16-01489-TLM | Trustee Name: | Noah G. Hillen (320140) |
| --- | --- | --- | --- |
| Case Name: | MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******5000 Checking |
| Taxpayer ID #: | **-***5832 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 09/25/17 | {39} | Eric Mikkelsen | Asset 39 - Settlement funds regarding multiple claims. | 1249-000 | 3,000.00 | | 17,738.56 |
| 09/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 18.94 | 17,719.62 |
| 10/25/17 | {39} | Eric Mikkelsen | Settlement funds. | 1249-000 | 3,000.00 | | 20,719.62 |
| 10/30/17 | | State of Idaho | 2016 state tax refund | | 434.00 | | 21,153.62 |
| | {19} | | non-exempt bank funds $1.25 | 1129-000 | | | 21,153.62 |
| | {42} | | Estate portion of 2016 tax refund $383.01 | 1224-000 | | | 21,153.62 |
| | {20} | | non-exempt bank funds $49.74 | 1129-000 | | | 21,153.62 |
| 10/31/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 27.90 | 21,125.72 |
| 11/27/17 | {39} | Eric Mikkelsen | Settlement funds | 1249-000 | 3,000.00 | | 24,125.72 |
| 11/30/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 30.67 | 24,095.05 |
| 12/20/17 | {39} | Eric Mikkelsen | Settlement Proceeds | 1249-000 | 3,000.00 | | 27,095.05 |
| 12/29/17 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 34.65 | 27,060.40 |
| 01/26/18 | {39} | Eric Mikkelsen | Settlement proceeds from Debtor | 1249-000 | 3,000.00 | | 30,060.40 |
| 01/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 43.10 | 30,017.30 |
| 02/08/18 | {42} | US Treasury | 2016 Federal tax refund (8.83 interest $715 refund). | 1224-000 | 723.83 | | 30,741.13 |
| 02/14/18 | {39} | Eric Mikkelsen | Settlement proceeds | 1249-000 | 10,000.00 | | 40,741.13 |
| 02/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 47.18 | 40,693.95 |
| 03/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 58.53 | 40,635.42 |
| 04/30/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 56.49 | 40,578.93 |
| 05/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 64.20 | 40,514.73 |
| 06/12/18 | {41} | Eric Mikkelsen | Fraudulent Conveyance Settlement Funds | 1241-000 | 81,000.00 | | 121,514.73 |
| 06/29/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 118.46 | 121,396.27 |
| 07/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 186.24 | 121,210.03 |

Page Subtotals:  $107,157.83   $686.36

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

# Form 2

Exhibit 9
Page: 3

## Cash Receipts And Disbursements Record

| Case No.: | 16-01489-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | Bank Name: | Rabobank, N.A. |
| Taxpayer ID #: | **-***5832 | Account #: | ******5000 Checking |
| | | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 08/31/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 180.15 | 121,029.88 |
| 09/28/18 | | Rabobank, N.A. | Bank and Technology Services Fees | 2600-000 | | 92.84 | 120,937.04 |
| 10/03/18 | 102 | Brent Wilson | Attorney for Trustee fees and expenses per Order, Doc #114 | | | 15,344.24 | 105,592.80 |
| | | | Attorney for Trustee Fees<br>$14,915.50 | 3210-000 | | | 105,592.80 |
| | | | Attorney for Trustee Expenses<br>$428.74 | 3220-000 | | | 105,592.80 |
| 01/08/19 | 103 | Noah G. Hillen | Combined trustee compensation & expense dividend payments. | | | 8,056.24 | 97,536.56 |
| | | | Claims Distribution - Wed, 10-24-2018<br>$7,812.20 | 2100-000 | | | 97,536.56 |
| | | | Claims Distribution - Wed, 10-24-2018<br>$244.04 | 2200-000 | | | 97,536.56 |
| 01/08/19 | 104 | Discover Bank Discover Products Inc | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 1 100.00% $16,452.33 | 7100-000 | | 16,452.33 | 81,084.23 |
| 01/08/19 | 105 | Discover Bank Discover Products Inc | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 1I 100.00% $265.86 | 7990-000 | | 265.86 | 80,818.37 |
| 01/08/19 | 106 | Discover Bank Discover Products Inc | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 2 100.00% $18,537.19 | 7100-000 | | 18,537.19 | 62,281.18 |
| 01/08/19 | 107 | Discover Bank Discover Products Inc | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 2I 100.00% $299.55 | 7990-000 | | 299.55 | 61,981.63 |
| 01/08/19 | 108 | UHEAA | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 3-3 100.00% $8,589.30 | 7100-000 | | 8,589.30 | 53,392.33 |
| 01/08/19 | 109 | American InfoSource LP as agent forVerizon | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 5 100.00% $106.72 | 7100-000 | | 106.72 | 53,285.61 |
| 01/08/19 | 110 | United States Bankruptcy Court | Combined small dividends. | 7990-001 | | 1.72 | 53,283.89 |
| 01/08/19 | 111 | Umpqua BankAttn: Lisa Jones | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 6 100.00% $26,952.68 | 7100-000 | | 26,952.68 | 26,331.21 |
| | | | Page Subtotals: | | $0.00 | $94,878.82 | |

{ } Asset Reference(s)    UST Form 101-7-TDR ( 10 /1/2010)    ! - transaction has not been cleared

**Form 2**

Exhibit 9
Page: 4

## Cash Receipts And Disbursements Record

| Case No.: | 16-01489-TLM | Trustee Name: | Noah G. Hillen (320140) |
|---|---|---|---|
| Case Name: | MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | Bank Name: | Rabobank, N.A. |
| | | Account #: | ******5000 Checking |
| Taxpayer ID #: | **-***5832 | Blanket Bond (per case limit): | $78,753,461.00 |
| For Period Ending: | 03/20/2019 | Separate Bond (if applicable): | N/A |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Trans. Date | Check or Ref. # | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposit $ | Disbursement $ | Account Balance |
| 01/08/19 | 112 | Umpqua Bank Attn: Lisa Jones | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 6I 100.00% $435.54 | 7990-000 | | 435.54 | 25,895.67 |
| 01/08/19 | 113 | Rebecca Kuhnel | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 7-2 100.00% $24,547.41 | 7100-000 | | 24,547.41 | 1,348.26 |
| 01/08/19 | 114 | Rebecca Kuhnel | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. 7-2I 100.00% $396.67 | 7990-000 | | 396.67 | 951.59 |
| 01/08/19 | 115 | MIKKELSEN, ERIC ALAN and MIKKELSEN, AMANDA LYNN | 16-01489 ERIC ALAN MIKKELSEN AND AMANDA LYNN MIKKELSEN Claim No. SURPLUS 100.00% $951.59 | 8200-002 | | 951.59 | 0.00 |

|  | COLUMN TOTALS |  | 122,899.91 | 122,899.91 | $0.00 |
|---|---|---|---|---|---|
|  | Less: Bank Transfers/CDs |  | 0.00 | 0.00 | |
|  | Subtotal |  | 122,899.91 | 122,899.91 | |
|  | Less: Payments to Debtors |  |  | 1,217.59 | |
|  | **NET Receipts / Disbursements** |  | **$122,899.91** | **$121,682.32** | |

{ } Asset Reference(s)     UST Form 101-7-TDR ( 10 /1/2010)                              ! - transaction has not been cleared

**Form 2**

Exhibit 9

Page: 5

## Cash Receipts And Disbursements Record

| | | | |
|---|---|---|---|
| **Case No.:** | 16-01489-TLM | **Trustee Name:** | Noah G. Hillen (320140) |
| **Case Name:** | MIKKELSEN, ERIC ALAN<br>MIKKELSEN, AMANDA LYNN | **Bank Name:** | Rabobank, N.A. |
| **Taxpayer ID #:** | **-***5832 | **Account #:** | ******5000 Checking |
| **For Period Ending:** | 03/20/2019 | **Blanket Bond (per case limit):** | $78,753,461.00 |
| | | **Separate Bond (if applicable):** | N/A |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCES |
|---|---:|---:|---:|
| ******5000 Checking | $122,899.91 | $121,682.32 | $0.00 |
| | **$122,899.91** | **$121,682.32** | **$0.00** |

UST Form 101-7-TDR (10 /1/2010)